UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
EHAB SAID,

                Plaintiff,

      - against -

EMILIO T. GONZALES, DIRECTOR, USCIS
Thru ANDREA QUARANTILLO, District
Director, U.S. Citizenship and Immigration
Services, New York City District Office;
ROBERT MUELLER, Director, Federal Bureau
of Investigation, Thru Asst. Director MARK J.
MERSHON For New York; ALBERTO
GONZALES, Attorney General, Department
of Justice,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**STIPULATION AND ORDER OF DISMISSAL**

ECF Case

No. 07 Civ. 6237 (GEL) (AJP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:  New York, New York
         December __, 2007

AGREED TO BY:

_/s/ Richard Burke_____
RICHARD A. BURKE, ESQ.
Law Office of Richard A. Burke
*Attorneys for the Plaintiff*
350 Fifth Avenue, Suite 1830
New York, New York 10118
Telephone: (212) 629-8899

MICHAEL J. GARCIA
United States Attorney
*Attorney for the Defendants*

Dated: New York, New York   By: _____
       December 13, 2007
                                   MATTHEW L. SCHWARTZ
                                   Assistant United States Attorney
                                   86 Chambers Street, 3rd Floor
                                   New York, New York 10007
                                   Telephone: (212) 637-1945
                                   Facsimile: (212) 637-2750

SO ORDERED:

_____
HON. GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE

12/17/07